UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XEROX CORPORATION,
a foreign corporation,

        Plaintiff,

v.

CARACAL-SIGMA, LLC
a Michigan limited liability company,

        Defendant.

Case No. 10-cv-12430

Hon. Mark A. Goldsmith

_____/

| Martha J. Olijnyk (P60191) | Sam Morgan (P36694) |
|---|---|
| Adam T. Schnatz (P72049) | Gasiorek, Morgan, Greco & McCauley, P.C. |
| The Miller Law Firm, P.C. | Attorney for Defendant |
| Attorneys for Plaintiff | 30500 Northwestern Highway, Suite 425 |
| 950 W. University Drive, Suite 300 | Farmington Hills, MI 48334 |
| Rochester, MI 48307 | (248) 865-0001 |
| (248) 841-2200 | smorgan@gmgmlaw.com |
| ats@millerlawpc.com | |

_____/

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on Plaintiff Xerox Corporation's Motion for Summary Judgment, the matter having been briefed, and the Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion for Summary Judgment is **GRANTED**.

2.    Judgment is hereby entered in favor of Plaintiff Xerox Corporation and against Defendant Caracal-Sigma, LLC in the amount of $362,609.98.

3.    This is a final order and closes the cases.

    **IT IS SO ORDERED**.

Dated:  December 12, 2011               s/Mark A. Goldsmith
      Flint, Michigan                     MARK A. GOLDSMITH
                                         United States District Judge

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 12, 2011.

                s/Deborah J. Goltz
                DEBORAH J. GOLTZ
                Case Manager

Approved and stipulated
As to form and content:

| | |
|---|---|
| */s/ Adam T. Schnatz* | */s/ Sam Morgan (w/consent)* |
| Martha J. Olijnyk (P60191) | Sam Morgan (P36694) |
| Adam T. Schnatz (P72049) | Gasiorek, Morgan, Greco & McCauley, P.C. |
| The Miller Law Firm, P.C. | Attorney for Defendant |
| Attorneys for Plaintiff | 30500 Northwestern Highway, Suite 425 |
| 950 W. University Drive, Suite 300 | Farmington Hills, MI 48334 |
| Rochester, MI 48307 | (248) 865-0001 |
| (248) 841-2200 | smorgan@gmgmlaw.com |
| mjo@millerlawpc.com | |
| ats@millerlawpc.com | |